**ORDERED.**

**Dated: May 25, 2023**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

FILEINE CHERY,

    Debtor.
_____/

FLORIDA CREDIT UNION,

Plaintiff,

vs.

FILEINE CHERY,

Defendant.
_____/

CASE NO. 6:22-bk-02476-GER

CHAPTER 13

Adversary Pro. No.: 6:22-ap-00095-GER

## CONSENT FINAL JUDGMENT

This Adversary Proceeding is before the Court upon the Summons (Doc. 2), it is

**ORDERED AND ADJUDGED:**

1.    **The debt owed by Defendant,** FILEINE CHERY, to Plaintiff, FLORIDA CREDIT UNION, in the amount of $16,501.92 in Bankruptcy Case Number 6:22-bk-02476-

GER is nondischargeable.

2. Plaintiff, FLORIDA CREDIT UNION, shall recover of the Defendant, FILEINE CHERY, the sum of $16,501.92, plus attorney fees in the amount of $4,062.50 and costs in the amount of $626.75, making a total of $21,191.17, with interest at the federal rate of 4.75% as provided by law.[1]

The parties' consent to the form and entry of this Consent Final Judgment.

_____
Fileine Chery
4868 Cason Cove Dr., Apt. 104
Orlando, FL 32811
*Debtor/Defendant*

_____
John Blair Boyd, Esq.
Fla. Bar No. 28840
Sorenson Van Leuven Law Firm
PO Box 3637
Tallahassee, FL 32315-3637
*Attorneys for Plaintiff, Florida Credit Union*

Attorney J. Blair Boyd is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

---

[1] While the post-judgment interest rate for judgments entered from May 22 through May 28, 2023 is 4.91%, the parties have agreed to the interest rate of 4.75%, which was the post-judgment interest rate for judgments entered from May 15 through May 21, 2023, presumably when this Consent Final Judgment was signed.